IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-60007
_____


PASADENA ENT CLINIC, P A
              Petitioner - Appellant

      v.

COMMISSIONER OF INTERNAL REVENUE
              Respondent - Appellee


_____

Appeal from the Decision of the United States Tax Court
                      (23236-94)
_____
                   February 4, 1998
Before KING, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.